**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  WILLIAM R. ROACH                                          Case Number: 05-70090
         14 FOXFIRE DR. APT. D
         ASHEVILLE, NC  28803           SSN-xxx-xx-9069

                                                        Case filed on:     1/11/2005
                                                        Plan Confirmed on: 5/13/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,975.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 006 | PETER CRANE | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM R. ROACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CENTEX HOME EQUITY COMPANY, LLC | 4,350.84 | 404.81 | 404.81 | 0.00 |
| 005 | WINNEBAGO COUNTY CLERK | 2,000.00 | 176.19 | -32.90 | 2.70 |
|  | Total Secured | 6,350.84 | 581.00 | 371.91 | 2.70 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | SHERMAN ACQUISITION | 14,629.92 | 14,629.92 | 5,104.30 | 0.00 |
| 004 | SECURITY FINANCE | 1,026.00 | 1,026.00 | 357.97 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 350.43 | 350.43 | 122.26 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCLEOD USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 228.96 | 228.96 | 79.88 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 243.66 | 243.66 | 85.01 | 0.00 |
| 014 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,478.97 | 16,478.97 | 5,749.42 | 0.00 |
|  | Grand Total: | 24,193.81 | 18,423.97 | 7,485.33 | 2.70 |

Total Paid Claimant:    $7,488.03
Trustee Allowance:      $486.97            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   34.89            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  04/18/2008            By  /s/Heather M. Fagan